# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

**WM. FREMMING NIELSEN**
*Senior Judge*

*Post Office Box 2208*
*Spokane, Washington 99210-2208*
*Telephone*

June 18, 2007

Hon. Ortrie D. Smith
Judicial Conference of the U.S. Courts
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re:    Calendar Year 2006 Financial Disclosure Report

Dear Judge Smith:

In response to your letter of May 11, 2007, I am enclosing copies of pages 4, 5 and 11 of my 2006 Financial Disclosure Report. These three pages contain the value codes that I inadvertently omitted when I prepared the original report.

Very truly yours,

Wm. Fremming Nielsen
Senior U.S. District Judge

L07\145:jlk

Enclosure

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WFN SP RMP | | | | | | | | | |
| 2. Advanced Micro Devices | | None | | | SOLD | 4/3 | K | D | |
| 3. Amer Intl Group | A | Dividend | K | T | | | | | |
| 4. Applebees | A | Dividend | K | T | | | | | |
| 5. Atmel Corp. | | None | J | T | | | | | |
| 6. Auto Data Proc. Com | A | Dividend | L | T | | | | | |
| 7. Banner Corp. | A | Dividend | | | SOLD | 9/13 | K | D | |
| 8. Bed Bath | | None | K | T | BOT | 12/8 | K | | |
| 9. Berkshire Hath | | None | M | T | | | | | |
| 10. Biovail Corp. | | None | K | T | | | | | |
| 11. Brightpoint | | None | K | T | BOT | 12/8 | K | | |
| 12. Cardinal Health | A | Dividend | | | SOLD | 9/13 | J | A | |
| 13. Capitol One | A | Dividend | K | T | BOT | 12/11 | K | | |
| 14. Cash | A | Interest | J | T | | | | | |
| 15. Citigroup Inc. | A | Dividend | K | T | | | | | |
| 16. Coca Cola | A | Dividend | K | T | | | | | |
| 17. Com 21 Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Data | A | Dividend | J | T | | | | | |
| 19. Flextronics | | None | L | T | | | | | |
| 20. Global Crossing | | None | K | T | | | | | |
| 21. Helen of Troy | | None | | | SOLD | 12/11 | J | | |
| 22. Home Depot | A | Dividend | L | T | | | | | |
| 23. Intel Com | A | Dividend | K | T | | | | | |
| 24. Intuitive Surg | | None | J | T | BOT | 4/4 | J | | |
| 25. Johnson & Johnson Com | A | Dividend | K | T | | | | | |
| 26. LSI Logic | | None | K | T | | | | | |
| 27. Lear Corp. | A | Dividend | K | T | | | | | |
| 28. MGIC Int Corp. | A | Dividend | | | SOLD | 9/13 | K | D | |
| 29. Microsoft | A | Dividend | K | T | BOT | 12/8 | K | | |
| 30. Motorola | A | Dividend | | | SOLD | 3/31 | K | D | Sale in 2004 Overlooked |
| 31. Pfizer | A | Dividend | | | SOLD | 12/8 | K | B | BOT 9/13/06 |
| 32. St. Joe Co. | A | Dividend | J | T | | | | | |
| 33. St. Jude Med | | None | K | T | BOT | 9/13 | K | | |
| 34. Safeway | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pfizer | A | Dividend | K | T | | | | | |
| 121. Southwest Airlines | A | Dividend | J | T | | | | | |
| 122. Stryker | A | Dividend | J | T | | | | | |
| 123. Sysco Corp. | A | Dividend | J | T | | | | | |
| 124. Target | A | Dividend | J | T | | | | | |
| 125. Wells Fargo | A | Dividend | J | T | | | | | |
| 126. | | | | | | | | | |
| 127. Amer Cent Intl Growth Fund | A | Dividend | K | T | | | | | Listed as sold by mistake |
| 128. MFS Large CAP GR Fund A | A | Dividend | | | SOLD | 1/13 | J | C | 2005 Sell overlooked |
| 129. ML Annuity Ret Plus 27 | A | Dividend | L | T | | | | | |
| 130. West Coast Eq. Fund | A | Dividend | K | T | | | | | |
| 131. | | | | | | | | | |
| 132. MSN SP RMP 139 | | | | | | | | | |
| 133. Bristol Meyer Squib | A | Dividend | J | T | | | | | |
| 134. Home Depot | A | Dividend | J | T | BOT | 11/13 | J | | |
| 135. Lear | A | Dividend | K | T | | | | | |
| 136. Lord Abbett Affiliated Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |



| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) NIELSEN, WILLIAM F | 2. Court or Organization USDC, ED OF WA | 3. Date of Report 04/18/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE, SENIOR | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address POST OFFICE BOX 2208 SPOKANE, WASHINGTON 99210-2208 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Spokane YMCA Endowment Committee |
| 2. Trustee | Museum of Arts and Culture |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 23 A 10: 06 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/18/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | Margin Account | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WFN SP RMP | | | | | | | | | |
| 2. Advanced Micro Devices | | None | | | SOLD | 4/3 | K | D | |
| 3. Amer Intl Group | A | Dividend | K | T | | | | | |
| 4. Applebees | A | Dividend | K | T | | | | | |
| 5. Atmel Corp. | | None | J | T | | | | | |
| 6. Auto Data Proc. Com | A | Dividend | L | T | | | | | |
| 7. Banner Corp. | A | Dividend | | | SOLD | 9/13 | K | D | |
| 8. Bed Bath | | None | K | T | BOT | 12/8 | | | |
| 9. Berkshire Hath | | None | M | T | | | | | |
| 10. Biovail Corp. | | None | K | T | | | | | |
| 11. Brightpoint | | None | K | T | BOT | 12/8 | | | |
| 12. Cardinal Health | A | Dividend | | | SOLD | 9/13 | J | A | |
| 13. Capitol One | A | Dividend | K | T | BOT | 12/11 | K | | |
| 14. Cash | A | Interest | J | T | | | | | |
| 15. Citigroup Inc. | A | Dividend | K | T | | | | | |
| 16. Coca Cola | A | Dividend | K | T | | | | | |
| 17. Com 21 Inc | | None | J | T | | | | | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less      K =$15,001 - $50,000     L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes        P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)           Q =Appraisal            V =Other                 S =Assessment
                             U =Book Value                                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Data | A | Dividend | J | T | | | | | |
| 19. Flextronics | | None | L | T | | | | | |
| 20. Global Crossing | | None | K | T | | | | | |
| 21. Helen of Troy | | None | | | SOLD | 12/11 | J | | |
| 22. Home Depot | A | Dividend | L | T | | | | | |
| 23. Intel Com | A | Dividend | K | T | | | | | |
| 24. Intuitive Surg | | None | J | T | BOT | 4/4 | | | |
| 25. Johnson & Johnson Com | A | Dividend | K | T | | | | | |
| 26. LSI Logic | | None | K | T | | | | | |
| 27. Lear Corp. | A | Dividend | K | T | | | | | |
| 28. MGIC Int Corp. | A | Dividend | | | SOLD | 9/13 | K | D | |
| 29. Microsoft | A | Dividend | K | T | BOT | 12/8 | K | | |
| 30. Motorola | A | Dividend | | | SOLD | 3/31 | K | D | Sale in 2004 Overlooked |
| 31. Pfizer | A | Dividend | | | SOLD | 12/8 | K | | BOT 9/13/06 |
| 32. St. Joe Co. | A | Dividend | J | T | | | | | |
| 33. St. Jude Med | | None | K | T | BOT | 9/13 | K | | |
| 34. Safeway | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stryker Corp. | A | Dividend | K | T | | | | | |
| 36. UTStarcom Inc. | | None | | | SOLD | 11/8 | K | D | |
| 37. Western Union | A | Dividend | J | T | | 9/29 | | | First Data Spinoff |
| 38. | | | | | | | | | |
| 39. WFN SP | | | | | | | | | |
| 40. Inland N.W. Venture Fund | | None | J | U | | | | | |
| 41. NW Venture Assc Fund | | None | K | U | | | | | |
| 42. | | | | | | | | | |
| 43. WFN SP83 | | | | | | | | | |
| 44. Aber-Fitch | A | Dividend | J | T | | | | | |
| 45. AFLAC | A | Dividend | K | T | | | | | |
| 46. Allied Cap | A | Dividend | J | T | | | | | |
| 47. Amer Exp Co | A | Dividend | K | T | | | | | |
| 48. Ameriprise Finc | A | Dividend | J | T | | | | | |
| 49. Amgen | | None | K | T | | | | | |
| 50. Baxter Intl | A | Dividend | L | T | | | | | |
| 51. Bed-Bath-B | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Berk Hathwy Com | | None | M | T | | | | | |
| 53. Bristol Meyers Squibb | B | Dividend | K | T | | | | | |
| 54. Carnival Corp | A | Dividend | L | T | | | | | |
| 55. Cisco | | None | J | T | | | | | |
| 56. Coca Cola | A | Dividend | K | T | | | | | |
| 57. Colgate Com | B | Dividend | L | T | | | | | |
| 58. Disney Com | A | Dividend | L | T | | | | | |
| 59. Helen of Troy | | None | K | T | | | | | |
| 60. Home Depot | A | Dividend | L | T | | | | | |
| 61. Intel Corp | A | Dividend | K | T | | | | | |
| 62. Johnson & Johnson | A | Dividend | L | T | | | | | |
| 63. McDonalds Corp | A | Dividend | K | T | | | | | |
| 64. Medtronic | A | Dividend | K | T | | | | | |
| 65. Merrill Lynch Com | A | Dividend | L | T | | | | | |
| 66. Microsoft Corp | A | Dividend | J | T | | | | | |
| 67. NW Bancorp | | None | K | T | | | | | |
| 68. NY Comm Bank | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oracle Corp. | | None | K | T | | | | | |
| 70. Pfizer | A | Dividend | L | T | | | | | |
| 71. Proctor & Gamble Co. | A | Dividend | K | T | | | | | |
| 72. Safeway | A | Dividend | J | T | | | | | |
| 73. Stanley Works | A | Dividend | K | T | | | | | |
| 74. Starbuck's | | None | J | T | BOT | 4/18 | J | | |
| 75. S.W. Airlines Com | A | Dividend | K | T | | | | | |
| 76. Stewart L. Stevenson | A | Dividend | | | SOLD | 4/18 | K | D | |
| 77. Target | A | Dividend | K | T | | | | | |
| 78. Timberland | | None | K | T | | | | | |
| 79. Walgreen Co. | A | Dividend | K | T | | | | | |
| 80. Waters Corp. | | None | K | T | | | | | |
| 81. Wells Fargo & Co. | A | Dividend | K | T | | | | | |
| 82. | | | | | | | | | |
| 83. WFN SPDRSEA | | | | | | | | | |
| 84. Abercrombie & F | A | Dividend | J | T | BOT | 3/15 | J | | |
| 85. Albertsons Inc. | A | Dividend | | | SOLD | 1/23 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Amer Intl Grp | A | Dividend | K | T | | | | | |
| 87. Bed Bath | | None | J | T | BOT | 2/21 | J | | |
| 88. Cash | A | Interest | J | T | | | | | |
| 89. Chevron Corp. | A | Dividend | K | T | | | | | |
| 90. Chicos | | None | J | T | BOT | 2/18 | J | | |
| 91. Constellation Brands | | None | J | T | | | | | |
| 92. Freescale Semiconductor | | None | J | T | | | | | |
| 93. Hain Celestial Grp | | None | | | SOLD | 6/21 | K | C | SALE IN 2005 OVERLOOKED |
| 94. Heinz Com | A | Dividend | J | T | | | | | |
| 95. Home Depot | A | Dividend | J | T | | | | | |
| 96. Ingram Micro | | None | J | T | BOT | 8/22 | J | | |
| 97. Medtronics Inc | A | Dividend | J | T | BOT | 1/13 | J | | |
| 98. Motorola | A | Dividend | J | T | | | | | |
| 99. Oracle Corp Com | | None | K | T | | | | | |
| 100. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 101. Safeway | A | Dividend | | | SOLD | 8/22 | J | B | |
| 102. Schering P Com | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wash Mutual | A | Dividend | J | T | | | | | |
| 104. | | | | | | | | | |
| 105. MSN SP RMP 346 | | | | | | | | | |
| 106. American Exp | A | Dividend | J | T | | | | | |
| 107. Ameriprise Finc | A | Dividend | J | T | | | | | |
| 108. Amgen | | None | J | T | | | | | |
| 109. Berkshire Hath | | None | K | T | | | | | |
| 110. Citi Group | A | Dividend | K | T | | | | | |
| 111. Costco | | None | K | T | | | | | |
| 112. Flextronics | | None | J | T | | | | | |
| 113. Helen of Troy | | None | J | T | | | | | |
| 114. Home Depot | A | Dividend | J | T | | | | | |
| 115. Intel Corp. | A | Dividend | J | T | | | | | |
| 116. Lear Corp. | A | Dividend | J | T | | | | | |
| 117. LSI Logic | | None | K | T | | | | | |
| 118. Medtronic | A | Dividend | J | T | | | | | |
| 119. Microsoft | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 03/29/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wash Mutual | A | Dividend | J | T | | | | | |
| 104. | | | | | | | | | |
| 105. MSN SP RMP 346 | | | | | | | | | |
| 106. American Exp | A | Dividend | J | T | | | | | |
| 107. Ameriprise Finc | A | Dividend | J | T | | | | | |
| 108. Amgen | | None | J | T | | | | | |
| 109. Berkshire Hath | | None | K | T | | | | | |
| 110. Citi Group | A | Dividend | K | T | | | | | |
| 111. Costco | | None | K | T | | | | | |
| 112. Flextronics | | None | J | T | | | | | |
| 113. Helen of Troy | | None | J | T | | | | | |
| 114. Home Depot | A | Dividend | J | T | | | | | |
| 115. Intel Corp. | A | Dividend | J | T | | | | | |
| 116. Lear Corp. | A | Dividend | J | T | | | | | |
| 117. LSI Logic | | None | K | T | | | | | |
| 118. Medtronic | A | Dividend | J | T | | | | | |
| 119. Microsoft | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pfizer | A | Dividend | K | T | | | | | |
| 121. Southwest Airlines | A | Dividend | J | T | | | | | |
| 122. Stryker | A | Dividend | J | T | | | | | |
| 123. Sysco Corp. | A | Dividend | J | T | | | | | |
| 124. Target | A | Dividend | J | T | | | | | |
| 125. Wells Fargo | A | Dividend | J | T | | | | | |
| 126. | | | | | | | | | |
| 127. Amer Cent Intl Growth Fund | A | Dividend | K | T | | | | | Listed as sold by mistake |
| 128. MFS Large CAP GR Fund A | A | Dividend | | | SOLD | 1/13 | J | C | 2005 Sell overlooked |
| 129. ML Annuity Ret Plus 27 | A | Dividend | L | T | | | | | |
| 130. West Coast Eq. Fund | A | Dividend | K | T | | | | | |
| 131. | | | | | | | | | |
| 132. MSN SP RMP 139 | | | | | | | | | |
| 133. Bristol Meyer Squib | A | Dividend | J | T | | | | | |
| 134. Home Depot | A | Dividend | J | T | BOT | 11/13 | | | |
| 135. Lear | A | Dividend | K | T | | | | | |
| 136. Lord Abbett Affiliated Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Sealed Air | A | Dividend | J | T | | | | | |
| 138. Solectron | | None | J | T | | | | | |
| 139. UTStarcom Inc | | None | | | SOLD | 11/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/18/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

None.

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/18/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date ___4/18/07___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544